# Exhibit A



# ARIZONA CERTIFICATE OF TITLE

**Motor Vehicle Division**
ADOT
40-7200 R10/08  www.azdot.gov

Inventory Control
19574772

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 1GYS3GEF6CR142496 | 2012 | CADI | ESCA | 4DSW |

| First Registered | List Price | Mobile Home Manufacturer | Unit Number |
|---|---|---|---|
| 11/2011 | 065770 | | |

GENERAL ELECTRIC CAPITAL CORP
PO BOX 35707
BILLINGS MT 59107

| Title Number | Issue Date | Film Number | Odometer Miles (no tenths) |
|---|---|---|---|
| 14E2011298003 | 10252011 | L29814E203 | 0000015  A |

| Previous Title Number | State | Issue Date | Previous Film Number | A - Actual Mileage |
|---|---|---|---|---|
| MCO | | 00000000 | ORIGINAL | B - Mileage in excess of the odometer mechanical limits |
| | | | | C - NOT Actual Mileage, WARNING ODOMETER DISCREPANCY |

**Arizona Brands**

| Previous Brand | State | Previous Brand | State | Previous Brand | State | Other States With Brands |
|---|---|---|---|---|---|---|

Owners/Lessees
TRANSTYLE INC

FIRST LIEN
GENERAL ELECTRIC CAPITAL CORP    LIEN DATE:   10062011
PO BOX 35707    BILLINGS    MT  59107

CHELSEY MORDHORST
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
April 12, 2016

NOTARY PUBLIC SEAL

LIEN RELEASE
Lienholder Name    GE Capital Corp

| Date/Amount | Lienholder Signature | Acknowledged before me this date. | Notary Public Signature | |
|---|---|---|---|---|
| | | Date 11-12-14 | County Yellowstone | State MT | Commission Expires 4/12/16 |

**VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED**

Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement, or providing a false statement, may result in fines and/or imprisonment. The buyer has 15 business days to apply for a new vehicle title in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

## TRANSFER OF OWNERSHIP
Seller must complete this section and give title to the new owner.

| Buyer Name (printed) | | | Sale Date | |
| Street Address | | City | State | Zip |
| New Lienholder Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | | | Lien Date |

Odometer Reading (no tenths)　☐ miles　☐ kilometers
☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Seller Name (printed) | | Dealer Number | Seller Signature |
| Street Address | | City | State | Zip |

Acknowledged before me this date:

| | Date | County | State | Commission Expires |

Notary Public or MVD Agent Signature

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | | Buyer Signature |

## DEALER REASSIGNMENT

| Buyer Name (printed) | | | Sale Date | |
| Street Address | | City | State | Zip |
| New Lienholder Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | | | Lien Date |

Odometer Reading (no tenths)　☐ miles　☐ kilometers
☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Dealership Name | Dealer Number | Agent Name | Agent Signature |

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | | Buyer Signature |

## DEALER REASSIGNMENT

| Buyer Name (printed) | | | Sale Date | |
| Street Address | | City | State | Zip |
| New Lienholder Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | | | Lien Date |

Odometer Reading (no tenths)　☐ miles　☐ kilometers
☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Dealership Name | Dealer Number | Agent Name | Agent Signature |

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | | Buyer Signature |

## DEALER REASSIGNMENT

| Buyer Name (printed) | | | Sale Date | |
| Street Address | | City | State | Zip |
| New Lienholder Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | | | Lien Date |

Odometer Reading (no tenths)　☐ miles　☐ kilometers
☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Dealership Name | Dealer Number | Agent Name | Agent Signature |

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | | Buyer Signature |

**No Additional Reassignments Permitted** ———— **Last Buyer Must Apply For Title** ———— **Void If Altered Or Erased**

This document is a certified reproduction of the information contained in the computer storage device of the Department of Transportation Motor Vehicle Division in accordance with Arizona Revised Statutes section 28-454.

# Exhibit B

For Personal Use Only



This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 3/6/18 at 5:35:38 PM (EST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

### Ownership History
The number of owners is estimated

|  | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| Year purchased | 2011 | 2015 | 2017 |
| Type of owner | Taxi | Taxi | Personal |
| Estimated length of ownership | 3 yrs. 9 mo. | 1 yr. 7 mo. | 10 months |
| Owned in the following states/provinces | Arizona | Arizona | Arizona |
| Estimated miles driven per year | 65,227/yr | --- | --- |
| Last reported odometer reading | 162,444 | 259,253 | --- |

### Title History
CARFAX guarantees the information in this section

|  | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | Guaranteed<br>No Problem | Guaranteed<br>No Problem | Guaranteed<br>No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | Guaranteed<br>No Problem | Guaranteed<br>No Problem | Guaranteed<br>No Problem |

 **GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back. **Register** | **View Terms** | **View Certificate**

### Additional History
Not all accidents / issues are reported to CARFAX

|  | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | No Issues<br>Reported | No Issues<br>Reported | No Issues<br>Reported |
| **Structural Damage**<br>No structural damage reported to CARFAX. | No Issues<br>Reported | No Issues<br>Reported | No Issues<br>Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | No Issues<br>Reported | No Issues<br>Reported | No Issues<br>Reported |
| **Odometer Check**<br>Inconsistent mileage indicated. | No Issues<br>Indicated | No Issues<br>Indicated | **Mileage<br>Inconsistency** |
| **Accident / Damage** | Accident<br>Reported | Accident<br>Reported | No New Issues<br>Reported |

**KING 0081**

Accidents reported on: 01/31/2013 and 09/12/2014. Damage reported on: 03/11/2015 and 12/22/2015.

| | | | |
|---|---|---|---|
| **Manufacturer Recall**<br><br>No open recalls reported to CARFAX. Check for open recalls on GM vehicles at recalls.gm.com. | ✅ No Recalls Reported | ✅ No Recalls Reported | ✅ No Recalls Reported |
| **Basic Warranty**<br><br>Original warranty estimated to have expired. Interested in an extended warranty? | **Warranty Expired** | **Warranty Expired** | **Warranty Expired** |

# CARFAX Detailed History

Glossary

| **👤 Owner 1** | | Date: | Mileage: | Source: | Comments: |
|---|---|---|---|---|---|
| Purchased: | 2011 | Original Equipment | | OnStar | Vehicle equipped with OnStar<br><br>Get 3 free months of premium OnStar with Automatic Crash Response, Roadside Assistance and Remote Door Unlock by pressing the blue OnStar button Learn more |
| Type: | Taxi | | | | |
| Where: | Arizona | | | | |
| Est. miles/year: | 65,227/yr | | | | |
| Est. length owned: | 11/8/11 - | | | | |
| | 9/5/15 | | | | |
| | (3 yrs. 9 mo.) | 10/31/2011 | | Napleton Autowerks Cadillac Saab Rockford, IL 815-398-0505 napletonautogroup.com | Vehicle sold |
| | | 11/08/2011 | 15 | Arizona Motor Vehicle Dept. Scottsdale, AZ Title #14E2011298003 | Title or registration issued First owner reported Loan or lien reported Titled or registered as taxi |
| | | 11/10/2011 | 6,131 | C & R Tire & Auto Service Scottsdale, AZ 480-657-6656 candrtire.com | Two wheel alignment performed Drivability/performance checked Steering/suspension checked Alignment performed Steering wheel centered Tire(s) balanced Tires rotated Tire condition and pressure checked Brakes checked |
| | | 12/17/2011 | 12,038 | C & R Tire & Auto Service Scottsdale, AZ 480-657-6656 candrtire.com | Tire(s) balanced Tires rotated Tire condition and pressure checked Brakes checked Alignment performed |
| | | 01/26/2012 | 21,195 | C & R Tire & Auto Service Scottsdale, AZ 480-657-6656 candrtire.com | Alignment performed Tire(s) balanced Tires rotated Tire condition and pressure checked Brakes checked |
| | | 02/04/2012 | | C & R Tire & Auto Service Scottsdale, AZ 480-657-6656 candrtire.com | Two tires mounted Two tires balanced Two tires replaced Tire(s) balanced Tire(s) replaced Tires rotated Brakes checked |
| | | 02/20/2012 | 24,686 | C & R Tire & Auto Service Scottsdale, AZ 480-657-6656 candrtire.com | Alignment performed Tire(s) balanced Tires rotated Tire condition and pressure checked Brakes checked |
| | | 04/23/2012 | | C & R Tire & Auto Service Scottsdale, AZ 480-657-6656 candrtire.com | Maintenance inspection completed Alignment performed Tire(s) balanced Tires rotated Tire condition and pressure checked Brakes checked |
| | | 05/22/2012 | 50,812 | C & R Tire & Auto Service Scottsdale, AZ 480-657-6656 candrtire.com | Tire(s) balanced Tires rotated Tire condition and pressure checked Brakes checked Alignment performed |
| | | 07/28/2012 | 66,706 | C & R Tire & Auto Service Scottsdale, AZ 480-657-6656 candrtire.com | Tire(s) balanced Tires rotated Tire condition and pressure checked Brakes checked Alignment performed |
| | | 09/24/2012 | 79,949 | C & R Tire & Auto | Alignment performed |

**KING 0082**

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| | | Service<br>Scottsdale, AZ<br>480-657-6656<br>candrtire.com | Four tires balanced<br>Four tires mounted<br>Four tires replaced<br>Tire(s) balanced<br>Tire(s) replaced<br>Tires rotated<br>Brakes checked<br>Tire condition and pressure checked |
| 11/16/2012 | 89,060 | C & R Tire & Auto<br>Service<br>Scottsdale, AZ<br>480-657-6656<br>candrtire.com | Tire(s) balanced<br>Tires rotated<br>Tire condition and pressure checked<br>Brakes checked<br>Alignment performed |
| 12/22/2012 | 95,108 | C & R Tire & Auto<br>Service<br>Scottsdale, AZ<br>480-657-6656<br>candrtire.com | Tire(s) balanced<br>Tires rotated<br>Tire condition and pressure checked<br>Brakes checked<br>Alignment performed |
| 01/31/2013 | 101,733 | C & R Tire & Auto<br>Service<br>Scottsdale, AZ<br>480-657-6656<br>candrtire.com | Alignment performed<br>Tire(s) balanced<br>Tires rotated<br>Tire condition and pressure checked<br>Brakes checked<br>One tire mounted<br>One tire balanced<br>Tire(s) replaced |
| 01/31/2013 | | Arizona<br>Damage Report | Accident reported<br>Vehicle involved in a single vehicle collision<br>It hit a non-fixed object<br>Damage to left side<br>Vehicle functional |
| 05/05/2014 | 162,444 | C & R Tire & Auto<br>Service<br>Scottsdale, AZ<br>480-657-6656<br>candrtire.com | Four tires balanced<br>Four tires mounted<br>Four tires replaced<br>Tire(s) balanced<br>Tire(s) replaced<br>Tires rotated<br>Brakes checked<br>Alignment performed |
| 11/25/2014 | | Arizona<br>Motor Vehicle Dept.<br>Scottsdale, AZ<br>Title<br>#14E1014329008 | Title or registration issued<br>Titled or registered as taxi |
| 03/11/2015 | | Damage Report | Damage reported<br>Damage to rear<br>Damage to right rear<br><br>CARFAX began reporting this information on 07/26/2017. |

Not all damage is caused by an accident. Get the car inspected before you buy. Learn more

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 03/30/2015 | | Arizona<br>Motor Vehicle Dept.<br>Scottsdale, AZ<br>Title<br>#14E1014329008 | Title or registration issued<br>Titled or registered as taxi |
| 06/16/2015 | | C & R Tire & Auto<br>Service<br>Scottsdale, AZ<br>480-657-6656<br>candrtire.com | One tire mounted |

**👤 Owner 2**

Purchased:    2015
Type:    Taxi
Where:    Arizona
Est. length owned:    9/5/15 -
4/17/17
(1 yr. 7 mo.)

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 09/05/2015 | | Arizona<br>Motor Vehicle Dept.<br>Phoenix, AZ<br>Title<br>#AG04015248030 | Title or registration issued<br>New owner reported<br>Titled or registered as taxi |
| 09/12/2015 | | Arizona<br>Damage Report | Accident reported<br>Vehicle involved in a rear-end collision<br>with another motor vehicle |
| 12/22/2015 | | Damage Report | Damage reported<br>Damage to rear<br><br>CARFAX began reporting this information on 07/26/2017. |

Not all damage is caused by an accident. Get the car

**KING 0083**

inspected before you buy. Learn more

| 05/03/2016 | 259,253 | Brake Masters<br>Tempe, AZ<br>480-966-4444<br>brakemasters.com | Maintenance inspection completed<br>Body lubricated<br>Oil and filter changed<br>Tire condition and pressure checked<br>Tires rotated<br>Cabin air filter checked<br>Air filter checked<br>Wipers/washers checked |
| 06/06/2016 | | Arizona<br>Motor Vehicle Dept.<br>Phoenix, AZ<br>Title<br>#AG04015248030 | Title or registration issued<br>Titled or registered as taxi |

**Owner 3**
Purchased: 2017
Type: Personal
Where: Arizona
Est. length owned: 4/17/17 - present (10 months)

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 04/17/2017 | 72,300 | Arizona<br>Motor Vehicle Dept.<br>Phoenix, AZ<br>Title #02X3017107010 | Title or registration issued<br>New owner reported<br><br>MILEAGE INCONSISTENCY |
| | | The mileage reported here conflicts with this vehicle's odometer history. Ask a mechanic or the seller to confirm the actual mileage - this entry may just be a clerical error. | |
| 06/19/2017 | | Sears Auto Center<br>Phoenix, AZ<br>602-395-2995<br>searsauto.com | Alignment performed<br>A/C system checked<br>A/C refrigerant recharged |
| 07/06/2017 | | Sears Auto Center<br>Phoenix, AZ<br>602-395-2995<br>searsauto.com | Maintenance inspection completed |
| 02/07/2018 | 79,111 | Grease Monkey #1006<br>Phoenix, AZ<br>602-548-1194<br>greasemonkeyphoenix1006.com | Valve cover gasket(s) replaced |

**Print this CARFAX Report and take it to your pre-purchase inspection**

Have Questions? Please visit our Help Center at www.carfax.com.

**CARFAX** Glossary      View Full Glossary

**Accident Indicator**
CARFAX receives information about accidents in all 50 states, the District of Columbia and Canada.

Not every accident is reported to CARFAX. As details about the accident become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- According to the National Safety Council, Injury Facts, 2015 edition, 8% of the 254 million registered vehicles in the U.S. were involved in an accident in 2013. Over 74% of these were considered minor or moderate.
- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 3/6/18 at 5:35:38 PM (EST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**Arizona Damage Reports:**
- Provide an estimate of the extent of damage in its accident reports for the following:
  - DISABLED: The vehicle had to be towed or hauled away from the accident location.
  - FUNCTIONAL: The vehicle could be driven from the accident location.

- Are required if the estimated damage exceeds $1000

**Damage Indicator**
Damage can be a result of many different types of events. Examples include contact with objects (other cars, trees, traffic signs, road debris, etc), vandalism, or weather-related events. Not every damage event is reported to CARFAX. As details about the damage

**KING 0084**

event become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 3/6/18 at 5:35:38 PM (EST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Mileage Inconsistency**
If an odometer reading is less than a previous reading but CARFAX is uncertain whether the discrepancy is a rollback or a clerical error, then CARFAX calls it a "Mileage Inconsistency". In this case, you should verify the mileage with your dealer or a qualified mechanic.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**

CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Taxi**
Vehicle was registered as a taxi or "for hire" vehicle.

---

**Follow Us:**   **f** **facebook.com/CARFAX**    **@CarfaxReports**    **CARFAX on Google+**

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®
© 2018 CARFAX, Inc., a unit of IHS Inc. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
3/6/18 5:35:38 PM (EST)

**KING 0085**

# Exhibit C

# ARIZONA CERTIFICATE OF TITLE



**Motor Vehicle Division**
ADOT
48-7200 R10/08 www.azdot.gov

Inventory Control

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 1GYS3GEF6CR142496 | 2012 | CADI | ESCA | 4DSW |

| First Registered | List Price | Mobile Home Manufacturer | Unit Number |
|---|---|---|---|
| 11/2011 | 065770 | | |

TRANSTYLE INC
7525 E WILLIAMS DR
SCOTTSDALE AZ  85255-4811

| Title Number | Issue Date | Film Number | Odometer Miles (no tenths) * |
|---|---|---|---|
| 14E1014329008 | 11252014 | P32914E103 | 0000015 A |

| Previous Title Number | State | Issue Date | Previous Film Number |
|---|---|---|---|
| 14E2011298003 | AZ | 10282011 | L29814E203 |

\* A - Actual Mileage
B - Mileage in excess of the odometer mechanical limits
C - NOT Actual Mileage, WARNING ODOMETER DISCREPANCY

**Arizona Brands**

| Previous Brand | State | Previous Brand | State | Previous Brand | State | Other States With Brands |
|---|---|---|---|---|---|---|
| | | | | | | |

Owners/Lessees
TRANSTYLE INC

Lienholders

**LIEN RELEASE**

| Lienholder Name | | Acknowledged before me this date. | Notary Public Signature | | |
|---|---|---|---|---|---|
| Lien Amount | Lienholder Signature | Date | County | State | Commission Expires |

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement, or providing a false statement, may result in fines and/or imprisonment. The buyer has 15 business days to apply for a new vehicle title in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

## TRANSFER OF OWNERSHIP

Seller must complete this section and give title to the new owner

| Buyer Name (printed) | Sale Date |
|---|---|
| Saba Limo- | 9/5/15 |

| Street Address | City | State | Zip |
|---|---|---|---|

| New Lienholder Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | Lien Date |
|---|---|---|
| | NONE | |

| Odometer Reading (no tenths) | ☐ miles  ☐ kilometers |
|---|---|
| 6 3800 | |

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Seller Name (printed) | Dealer Number | Seller Signature |
|---|---|---|
| Transwest Inc  Faramarz Sadeghi | | |

| Street Address | | |
|---|---|---|
| 7355 E Williams Dr | | |

Acknowledged before me this date

| Date | State | County |
|---|---|---|
| 8/25/15 | AZ | Maricopa |

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | Buyer Signature |
|---|---|
| + Soboh Al Nasser  Saba's Limo | |

## DEALER REASSIGNMENT

| Buyer Name (printed) | Sale Date |
|---|---|

| Street Address | City | State | Zip |
|---|---|---|---|

| New Lienholder Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | Lien Date |
|---|---|---|

| Odometer Reading (no tenths) | ☐ miles  ☐ kilometers |
|---|---|

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Dealership Name | Dealer Number | Agent Name | Agent Signature |
|---|---|---|---|

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | Buyer Signature |
|---|---|

## DEALER REASSIGNMENT

| Buyer Name (printed) | Sale Date |
|---|---|

| Street Address | City | State | Zip |
|---|---|---|---|

| New Lienholder Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | Lien Date |
|---|---|---|

| Odometer Reading (no tenths) | ☐ miles  ☐ kilometers |
|---|---|

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Dealership Name | Dealer Number | Agent Name | Agent Signature |
|---|---|---|---|

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | Buyer Signature |
|---|---|

## DEALER REASSIGNMENT

| Buyer Name (printed) | Sale Date |
|---|---|

| Street Address | City | State | Zip |
|---|---|---|---|

| New Lienholder Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | Lien Date |
|---|---|---|

| Odometer Reading (no tenths) | ☐ miles  ☐ kilometers |
|---|---|

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Dealership Name | Dealer Number | Agent Name | Agent Signature |
|---|---|---|---|

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | Buyer Signature |
|---|---|

**No Additional Reassignments Permitted** ——— **Last Buyer Must Apply For Title** ——— **Void If Altered Or Erased**

This document is a certified duplicate of the information contained in the computer storage devices of the Department of Transportation, Motor Vehicle Division, in accordance with Arizona Revised Statutes section 28-444.

# Exhibit D

# ARIZONA CERTIFICATE OF TITLE

## ADOT

**Motor Vehicle Division**
48-7200 R05/14  azdot.gov

395

Inventory Control
29645964

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 1GYS3GEF6CR142496 | 2012 | CADI | ESCA | 4DSW |

| First Registered | List Price | Mobile Home Manufacturer | Unit Number |
|---|---|---|---|
| 11/2011 | 065770 | | |

SABA'S LIMO
3741 W TIERRA BUENA LN
PHOENIX AZ  85053-3736

| Title Number | Issue Date | Film Number | Odometer Reading (no tenths) * |
|---|---|---|---|
| AG04015248030 | 09052015 | O248AG0412 | 0063000 A |

* A - Actual Mileage
B - Mileage in excess of the odometer mechanical limits
C - NOT Actual Mileage, WARNING ODOMETER DISCREPANCY

| Previous Title Number | State | Issue Date | Previous Film Number |
|---|---|---|---|
| 14E1014329008 | AZ | 11252014 | P32914E103 |

### Arizona Brands

| Previous Brand | State | Previous Brand | State | Previous Brand | State | Other States With Brands |
|---|---|---|---|---|---|---|
| | | | | | | |

**Owners/Lessees**

SABA'S LIMO

**Lienholders**

## LIEN RELEASE

| Lienholder Name | | Acknowledged before me this date. | Notary Public Signature | | |
|---|---|---|---|---|---|
| Lien Amount | Lienholder Signature | Date | County | State | Commission Expires |

## VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

This document is a certified duplicate of the information contained in the computer storage devices of the Department of Transportation, Motor Vehicle Division, in accordance with Arizona Revised Statutes section 28-444

Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement or providing a false statement may result in fines and/or imprisonment. The buyer has 15 business days to apply for a new vehicle title in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

## TRANSFER OF OWNERSHIP
Seller must complete this section and give title to the new owner.

Buyer Name (printed) Javier Aguayo

**EZ-TITLE & REGISTRATION**
TPCP #6169

Acknowledged before me this date.

**TRUE AND LEGAL SIGNATURE**

## DEALER REASSIGNMENT

## DEALER REASSIGNMENT

## DEALER REASSIGNMENT

No Additional Reassignments Permitted — Last Buyer Must Apply For Title — Void If Altered Or Erased

This document is a certified duplicate of the information contained in the computer storage devices of the Department of Transportation, Motor Vehicle Division, in accordance with Arizona Revised Statutes section 28-444